TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-10-00419-CR






Mario Castruita, Appellant


v.


The State of Texas, Appellee






FROM THE DISTRICT COURT OF BELL COUNTY, 264TH JUDICIAL DISTRICT

NO. 65079, HONORABLE MARTHA J. TRUDO, JUDGE PRESIDING





O R D E R

PER CURIAM

 Appellant has filed a fifth motion for extension of time to file his brief, asking for an
additional forty-five days. We grant the motion, extending the deadline to May 30, 2011, but caution
counsel that failure to file the brief by May 30 will result in the referral of this case to the trial court
for a hearing under rule 38.8(b). See Tex. R. App. P. 38.8(b). We dismiss appellant's fourth motion
for extension of time.


Before Justices Puryear, Pemberton and Rose

Filed: May 3, 2011

Do Not Publish